# IN THE SUPREME COURT OF THE STATE OF NEVADA

BARRICK GOLD CORPORATION,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
ELIZABETH GOFF GONZALEZ,
DISTRICT JUDGE,
Respondents,
and
BULLION MONARCH MINING, INC.,
Real Party in Interest.

No. 83415

FILED

MAR 1 1 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING PETITION*

Pursuant to the stipulation of the parties, and cause appearing, this petition is dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:  Hon. Elizabeth Goff Gonzalez, District Judge
Parsons Behle & Latimer/Reno
Parsons Behle & Latimer/Salt Lake City
Pisanelli Bice, PLLC
Lewis Roca Rothgerber Christie LLP/Las Vegas
Robison, Sharp, Sullivan & Brust
Eighth District Court Clerk

 

22-07771